UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICIA A. GRANT,

                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and JOHN DOE,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08

08 Civ. 2189 (SHS) (THK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**     General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___     Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___     Settlement*

___     Inquest After Default/Damages Hearing

___     Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___     Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

___     Habeas Corpus

___     Social Security

___     Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: ___

All such motions: ___

Dated: New York, New York
       March 18, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.