

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ROBYN SILVERMINTZ
phone: 212-442-0144
fax 212-788-8877
mobile:
email: rsilverm@law.nyc.gov

May 12, 2008

BY FACSIMILE
Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:  Patricia A. Grant v. NYC Department of Education, et. al.
           08 CV 02189

Dear Judge Stein:

       I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the New York City Department of Education ("DOE") defendant in this action. I am writing on behalf of DOE defendant to respectfully request an extension of time, from May 15, 2008 until June 16, 2008, for the DOE to respond to the complaint. Plaintiff, who is proceeding *pro se*, consents to this request. This is DOE's first request for an extension of time to respond to the complaint.

The reason for this request is that DOE and this office needs additional time to investigate the

allegations in the complaint before answering or otherwise responding.

Thank you for your consideration in this regard.

Respectfully submitted,

*Robyn Silvermintz* (signature)

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov

cc: BY OVERNIGHT MAIL
Patricia A. Grant
Plaintiff *pro se*
1743 Montgomery Ave.
Bronx, New York 10453

BY FACSIMILE
Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Handwritten note:* The Department of Education's response to the Complaint will be filed by June 16, 2008.

**SO ORDERED**
5/12/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE