**MEMO ENDORSED**

Patricia Grant
1743 Montgomery Avenue
Bronx, New York 10453



July 30, 2008

Honorable Theodore H. Katz
Unites States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



**RE: Adjournment of <u>Patricia Grant v NYC Department of Education, et al. 08 Civ. 2189 (SHS (THK)</u>**

Dear Judge Katz:

This letter serves to request a 30 (thirty) day adjournment of the above matter scheduled for pre-trial conference on Tuesday, August 5, 2008 at 10:00 a.m.

This request is being made to allow me more time to find legal representation. I have no income at the present moment and the retention of pro bono consultation and representation is proving to be very difficult. I have spoken to Ms. Silvermintz of Corporation Counsel and she consents to the requested adjournment. Notwithstanding the late request for adjournment, favorable consideration would be greatly appreciated as it my strong desire not proceed pro se.

Sincerely,

*Patricia Grant*
Patricia Grant

CC: Ms. Robyn Silvermintz, Esq

*The conference is adjourned to September 4, 2008 at 10:00 AM.*

**SO ORDERED**
8/1/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE