

# MEMO ENDORSED

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**ROBYN SILVERMINTZ**
phone:212-442-0144
fax:212-788-8877
mobile:
email:rsilverm@law.nyc.gov

August 7, 2008

VIA OVERNIGHT MAIL
Honorable Theodore H. Katz
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED
AUG - 8 2008
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

Re: Patricia A. Grant v. NYC Department of Education, et. al.,
08 civ. 2189 (SHS) (THK)

Dear Judge Katz:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York and the attorney assigned to the defense of the New York City Department of Education ("DOE") in this action. This letter is written to respectfully request that the initial conference currently scheduled for September 4, 2008 at 10:00 be adjourned. This request is made because I have a previously scheduled conference on the same date and time before Judge Ellis. Thus, DOE respectfully requests that the time of the conference be changed to after 12:00 pm on September 4, 2008 or adjourned to a subsequent

*The above is adjourned to September 4 at 2:00 P.M.*

*So ordered.*
*8/8/08*    *Theodore H. Katz*
            *USMJ*

date. Plaintiff who is proceeding *pro se* consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov


cc:     VIA OVERNIGHT MAIL
        Patricia Grant
        Plaintiff *pro se*
        1743 Montgomery Ave.
        Bronx, NY 10453

2